THE MISSOURI PACIFIC RAILWAY COMPANY v. LEROY
E. HAGGART, *a minor, by D. C. Haggart, his Next
Friend.*

**No. 362.**   (58 Pac. 796.)

NEGLIGENCE—*Instructions.* It was reversible error for the court
to instruct the jury to take into consideration, in deciding upon
the liability of the defendant, an act of negligence not alleged in
the petition.

Error from Jewell district court; R. M. PICKLER,
judge.   Opinion filed October 9, 1899.   Reversed.

*Waggener, Horton & Orr,* for plaintiff in error.

*T. S. Kirkpatrick,* and *R. W. Turner,* for defendant
in error.

The opinion of the court was delivered by

WELLS, J.: This action was instituted by the de-
fendant in error to recover damages for personal in-
juries sustained by Leroy E. Haggart by reason of an
engine of the plaintiff in error running into the team
and dray which were being driven by him over a pub-
lic crossing.   The case was tried to the court and a
jury, a verdict returned in favor of the plaintiff below
for $1000, and judgment rendered thereon.

There are several assignments of error, either of
which would, in the judgment of the writer of this
opinion, entitle the plaintiff in error to a new trial,
but as there is a division of opinion upon all but one,
we shall not consider the others here.

In instruction No. 13, as given, the court required
the jury to take into consideration, in fixing the liabil-
ity of the defendant, an act of negligence not alleged
in the petition.   The instruction reads as follows:
"If you believe from the evidence . . . that de-

fendant at the time had no sign-board at the crossing warning the public to look out for the cars, and but for the neglect of the defendant in not providing said sign-board . . . said collision would not have occurred, . . . you should find a verdict for the plaintiff." This is manifest error.

The judgment of the district court is reversed and a new trial directed.